IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS TAPIA-FIERRO, | 1:06-CV-0859 AWI WMW HC |
| Petitioner, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| UNITED STATES ATTORNEY GENERAL | |
| Respondent. | |

Petitioner, a prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $5.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, petitioner shall submit a certified copy of his prison trust

1

1  account statement for the six month period immediately preceding the filing of the petition, or in
2  the alternative, pay the $5.00 filing fee for this action.  Failure to comply with this order will
3  result in a recommendation that this action be dismissed.
4  IT IS SO ORDERED.
5  **Dated:     July 21, 2006**                              **/s/  William M. Wunderlich**
   bl0dc4                                                    UNITED STATES MAGISTRATE JUDGE