UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE LUIS TAPIA-FIERRO, | ) | 1:06-cv-0859 AWI WMW (HC) |
| Petitioner, | ) ) | ORDER REQUIRING PETITIONER TO INFORM THE COURT WHETHER HE WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION |
| v. | ) ) | |
| UNITED STATES ATTORNEY GENERAL | ) ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254.

On June 29, 2006, petitioner filed a petition for writ of habeas corpus, and the Clerk of the Court mailed a consent/decline form to petitioner, with information and instructions for informing the Court whether he would consent to Magistrate Judge Jurisdiction.  Petitioner has not returned the consent/decline form.  At this time, the court shall require petitioner to complete a consent/decline form and return it to the court.

Accordingly, petitioner is ORDERED to tell the Court whether he will consent to Magistrate

1

1  Judge Jurisdiction.  Petitioner must complete and return the consent/decline form within thirty (30)
2  days.  Failure to follow this order will result in a recommendation that this action be dismissed
3  pursuant to Local Rule 11-110.
4      The Clerk of the Court is DIRECTED to send to petitioner another copy of the
5  consent/decline form and the instructions for consent to Magistrate Judge Jurisdiction.
6  IT IS SO ORDERED.
7  **Dated:   June 14, 2007**             **/s/  William M. Wunderlich**
                                           UNITED STATES MAGISTRATE JUDGE